AO 450 (Rev 03/08) Judgment in Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Nevada

ROBERT BROWN,

        Plaintiff,

vs.                                           Civil Action No.  03:06-CV-460-ECR-RAM

UNITED PARCEL SERVICE,

        Defendant

## JUDGMENT IN A CIVIL CASE

This action was (check one):

__X__ tried by a Jury with Judge EDWARD C. REED, JR., presiding, and the Jury has rendered a verdict.

_____ tried by Judge EDWARD C. REED, JR., without a Jury, and the following decision was reached:

IT IS ORDERED that

Pursuant to the Verdict of the Jury, judgment is hereby entered in favor of defendant and against plaintiff.

Date: September 29, 2008

LANCE S. WILSON, CLERK

By _____C. Larsen_____
                            Deputy